FILED

JUL 25 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10- 00661 CW (DMR) |
| Plaintiff, ) | |
| ) | DETENTION ORDER |
| v. ) | |
| ) | |
| JUDITH IRIBE, ) | |
| Defendant. ) | |
| _____ ) | |
| ) | |

### I. DETENTION ORDER

Defendant Judith Iribe is charged in an indictment with a violation of 18 U.S.C. § 751(a) (escape). On July 25, 2011, Ms. Iribe made her initial appearance before this court. At that time, the United States moved for Ms. Iribe's detention, and asked for a detention hearing, as permitted by 18 U.S.C. § 3142(f). Ms. Iribe submitted to detention, but reserves her right to proffer information in support of her release should her circumstances change.

### II. CONCLUSION

The court therefore orders Ms. Iribe's detention. Ms. Iribe shall remain committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent

DETENTION ORDER
CR 10-00661 CW (DMR)                1

cc: Copy to parties via ECF, Pretrial Services, 2 Certified Copies to U.S. Marshal
~~Lisa~~ Nikki

1 | practicable, from persons awaiting or serving sentences or being held in custody pending appeal.
2 | Defendant shall be afforded reasonable opportunity for private consultation with counsel. On
3 | order of a court of the United States or on request of an attorney for the Government, the person
4 | in charge of the corrections facility in which Defendant is confined shall deliver Defendant to a
5 | United States marshal for the purpose of an appearance in connection with a court proceeding.
6 |     IT IS SO ORDERED.

DATED: July 25, 2011

                DONNA M. RYU
                United States Magistrate Judge

DETENTION ORDER
CR 10-00661 CW (DMR)                2